# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 19, 2007

132804

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE CARISSA LHUILLIER, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

WENDY LHUILLIER,
        Respondent-Appellant,

and

TIMOTHY LHUILLIER,
        Respondent.

SC: 132804
COA: 268112
Jackson CC
Family Division: 05-000156-NA

_____/

On order of the Court, the application for leave to appeal the November 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 19, 2007

Clerk

s0116